No. 145.  WAINER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.  *Maurice J. Walsh* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Carolyn R. Just* for the United States.

No. 147.  WILSHIRE HOLDING CORP. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.  *Murray M. Chotiner* and *Russell E. Parsons* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Joseph F. Goetten* for respondent.

No. 150.  CHICAGO, BURLINGTON & QUINCY RAILROAD Co. v. NORTHWESTERN AUTO PARTS Co.;
No. 151.  CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD Co. v. NORTHWESTERN AUTO PARTS Co.;
No. 152.  GREAT NORTHERN RAILWAY Co. v. NORTHWESTERN AUTO PARTS Co.; and
No. 153.  MINNEAPOLIS & ST. LOUIS RAILWAY Co. v. NORTHWESTERN AUTO PARTS Co.  C. A. 8th Cir.  Certiorari denied.  *William J. Quinn* for petitioners.  *Harry S. Stearns, Jr.* for petitioner in No. 150.  Reported below: 240 F. 2d 743.

No. 155.  AMERICAN EMERY WHEEL WORKS v. MASON. C. A. 1st Cir.  Certiorari denied.  *Francis V. Reynolds* and *Richard P. McMahon* for petitioner.

No. 156.  STOPPER v. MANHATTAN LIFE INSURANCE Co. OF NEW YORK.  C. A. 3d Cir.  Certiorari denied. *John M. McNally, Jr.* for petitioner.  *Owen B. Rhoads* and *Robert M. Landis* for respondent.